UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN LORENZO LEONARD,<br><br>       Petitioner,<br> v.<br><br>STEVEN SINCLAIR,<br><br>       Respondent. | Case No. C11-1059-RSL<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's amended petition for writ of habeas corpus (Dkt. No. 14) is DENIED and this action is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to both of petitioner's grounds for relief.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

1       (4)    The Clerk is directed to send copies of this Order to all counsel of record and to

2 the Honorable James P. Donohue.

3       DATED this 21st day of August, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2